

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00102-CV

**IN THE INTEREST OF E.G.C.**, et al., Children

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 08-03-18845-CV
Honorable Cathy O. Morris, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Delivered and Filed:  March 18, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM